```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 12261
   VICKIE D EDWARDS
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7342

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/28/2006 and was confirmed 12/11/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was completed - no discharge 11/17/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                               PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE                 CURRENT MORTG        .00              .00              .00
CITIMORTGAGE                 CURRENT MORTG        .00              .00              .00
CITIMORTGAGE INC             NOTICE ONLY    NOT FILED              .00              .00
INTERNAL REVENUE SERVICE     PRIORITY         5187.22           434.39          5187.22
INTERNAL REVENUE SERVICE     UNSEC W/INTER   10652.92          1825.03         10652.92
INTERNAL REVENUE SERVICE     PRIORITY       NOT FILED              .00              .00
INTERNAL REVENUE SERVICE     PRIORITY       NOT FILED              .00              .00
ADT                          UNSEC W/INTER  NOT FILED              .00              .00
ASPIRE                       UNSEC W/INTER    1247.06           213.58          1247.06
COMMUNITY CARE CENTER        UNSEC W/INTER     208.00            31.38           208.00
HINCKLEY SPRINGS             UNSEC W/INTER  NOT FILED              .00              .00
NICOR GAS                    NOTICE ONLY    NOT FILED              .00              .00
NICOR GAS                    UNSEC W/INTER    1216.47           183.25          1216.47
SIR FINANCE                  UNSEC W/INTER    2805.00           480.45          2805.00
CITIMORTGAGE INC             NOTICE ONLY    NOT FILED              .00              .00
PHOENIX GROWTH & INCOME      UNSEC W/INTER     585.00           100.23           585.00
STEFANS STEFANS & STEFAN     REIMBURSEMENT     174.00              .00           174.00
CITIMORTGAGE                 SECURED NOT I       .00              .00              .00
STEFANS STEFANS & STEFAN     DEBTOR ATTY      2,500.00                         2,500.00
TOM VAUGHN                   TRUSTEE                                           2,102.68
DEBTOR REFUND                REFUND                                              382.12

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            30,328.78

PRIORITY                                 5,361.22
   INTEREST                                434.39
SECURED                                      .00
UNSECURED                               16,714.45

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 12261 VICKIE D EDWARDS
```

```
     INTEREST                                                2,833.92
ADMINISTRATIVE                                               2,500.00
TRUSTEE COMPENSATION                                         2,102.68
DEBTOR REFUND                                                  382.12
                                   ---------------      ---------------
TOTALS                                   30,328.78            30,328.78
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
  Dated: 03/03/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```